| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Furgeson, William R. | 2. Court or Organization<br><br>USDC/Texas Western/Texas Northern | 3. Date of Report<br><br>05/04/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Status-Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1100 Commerce Street<br>Dallas, Texas 75242 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 05/04/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | DII Abestos Trust Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | TexasBar CLE | 01/19/2011 - 01/20/2011 | San Antonio, Texas | Guest seaker - Litigation Update Institution | transportation, lodging, food |
| 2. | Texas Tech Law School | 02/08/2011 - 02/08/2011 | Lubbock, Texas | Guest speaker - Law School | tranportation, airport parking |
| 3. | American Board of Trial Advocates | 03/05/2011 - 03/06/2011 | Jackson, Mississippi | Guest speaker - ABOTA | transportation, lodgingl, airport parking |
| 4. | Federal Bar Association/State Bar of Texas | 03/24/2011 | El Paso, Texas | Guest Speaker - FBA/ SBOT | transportation, airport parking |
| 5. | State Bar of Texas | 05/27/2011 | Austin, Texas | Guest speaker - Advance Discovery and Discover Course | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furgeson, William R.** | 05/04/2012 |

| 6. | International Association of Defense Counsel | 07/11/2011 - 07/14/2011 | Whistler, BC Canada | Annual meeting | transportation, lodging, food |
|---|---|---|---|---|---|
| 7. | State Bar of Texas | 08/11/2011 | San Antonio, Texas | Guest - Advance Personal Injury Seminar | transportation |
| 8. | State Bar of Texas | 09/15/2011 | Houston, Texas | Guest - Advance Personal Injury Seminar | transportation |
| 9. | Paralegal Association Permian Basin | 10/20/2011 | Midland, Texas | Attend Court Observance Day Luncheon | tranportation |
| 10. | State Bar of Texas | 11/03/2011 | Houston, Texas | Guest - Advance Personal Injury Seminar | transportation |
| 11. | AML Media, LLC | 11/14/2011 | Washington, D.C. | Guest - Litigation Summit and Expo | transportation, lodging, food |
| 12. | University of Texas at Austin CLE | 11/17/2011 - 11/15/2011 | Austin, Texas | Guest speaker - Bankruptcy Conference | transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Credit Cards | J |
| 2. | William D. Ford Federal Direct Loan Program - US Dept of Educaiton | Student Loan | K |
| 3. | Sally Mae | Student Loan | M |
| 4. | Citi Bank | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acct - ▒ | A | Interest | K | T | | | | | |
| 2. USAA Brokerage Svc. Acct #2 - ▒ | | | | | | | | | |
| 3. Tax Exempt Money Mkk Fund | A | Interest | J | T | | | | | |
| 4. USAA Bank Acct - ▒ | A | Interest | J | T | | | | | |
| 5. Bank of Texas - ▒ | A | Interest | J | T | | | | | |
| 6. Trust Account #1 - ▒ | | | | | | | | | |
| 7. USAA Money Market Fund | A | Interest | | | Sold | 09/22/11 | L | A | |
| 8. USAA Short Term Bond Fund | A | Dividend | | | Sold | 09/22/11 | K | A | |
| 9. USAA Tax Exempt Money Market Fund | A | Interest | | | Sold | 09/22/11 | K | A | |
| 10. Trust Account #2 - ▒ | | | | | | | | | |
| 11. USAA Money Market Fund | A | Interest | | | Sold | 09/22/11 | K | A | |
| 12. USAA S&P Index Fund Member Share | A | Dividend | | | Sold | 09/22/11 | K | A | |
| 13. Tax Exempt Money Market Fund | A | Interest | | | Sold | 09/22/11 | K | A | |
| 14. Trust Account #3 - ▒ | | | | | | | | | |
| 15. American Mutual Fund Inc | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 16. Income Fund of America | A | Dividend | | | Sold | 09/22/11 | K | A | |
| 17. Washington Mutual Inv Fund Inc | A | Dividend | | | Sold | 09/22/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 05/04/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Enterprise Prod Ptrs | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 19. Exxon Mobil | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 20. Trust #4 - | | | | | | | | | |
| 21. American Mutual Fund Inc | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 22. Income Fund of America Inc | A | Dividend | | | Sold | 09/22/11 | K | A | |
| 23. Washington Mutual Inv Fund Inc | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 24. Enterprise Prod Ptrs | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 25. Exxon Mobil | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 26. Capital Income Builder | A | Dividend | | | Sold | 09/22/11 | K | A | |
| 27. USAA Performance First Index Savings | A | Interest | | | Sold | 09/22/11 | J | A | |
| 28. PNB - CD - | A | Interest | | | Sold | 09/22/11 | L | A | |
| 29. PNB Bank Account | A | Interest | | | Sold | 09/22/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furgeson, William R.** | 05/04/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The items sold as of September 22, 2011 were being managed by the reporting person ▮▮▮▮▮▮▮▮▮▮ died September 22, 2011, ▮▮▮▮ ▮▮▮▮ liquidated the estate as of that date. The executor is in the process of finalizing the estate and has begun distributing proceeds ▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William R. Furgeson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544